```
USM arrest    MJ 20-36
                    Feb 7, 2020
                    Rem-REB
```

208-912-2616

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sept 26th, 2019** while exercising my duties as a law enforcement officer in the _____ District of **Idaho**

**See Attached**

The foregoing statement is based upon:

X my personal observation   X my personal investigation

____ information supplied to me from my fellow officer's observation

____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/9/2019**   Officer's Signature

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____   U.S. Magistrate Judge
             Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/03/2019 16:23

---

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
| ID-29 | 6565770 | BROWN | 246 |

**6565770**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/28/2019 1715 | 18 USC 641 |

Place of Offense: **BLM leased Ind-Orchard Area Combat Training Area**

Offense Description: Factual Basis for Charge    HAZMAT ☐
**Theft of government property under $1,000**

### DEFENDANT INFORMATION   Phone: (208) 912-2616

| Last Name | First Name | M.I. |
|---|---|---|
| Laird | Jon | S. |

Street Address: **408 Hawthorne St.**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Nampa | ID | 83686 | 05/09/1970 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| YA2834468 | | ID | |

| Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | BRO | BRO | 5'11" | 198 |

### VEHICLE    VIN:     CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT →** $ **MA LM1905199B**

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy) _____   Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 12/03/2019 16:23

Incident # LM19051998    CVB Loc. Code ID-29    Violation Notice # 6565770

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state than on September 26th, 2019, while exercising my duties as a law enforcement officer in the District of Idaho,

I received an email sent by Idaho Army National Guard (IDARNG), Antiterrorism Program Coordinator Timothy Campbell. Campbell stated that they had recently received information that an individual had recycled military munitions parts at a local metal recycling facility. The parts were suspected to have been stolen from the Idaho Army National Guard, Orchard Combat Training Center. According to Campbell the munitions parts were likely collected from a "range" area where access by the public is prohibited. A representative of North American Recycling stated that they purchased between 1100-1200 pounds of the material at a price of .30 per pound. The facility identified the seller as Jan Scott LAIRD.

On October 5th, 2019, I met with Jan Scott LAIRD to discuss the possession and sale of the aluminum in question. LAIRD admitted to collecting and selling aluminum that he had gathered on BLM land near the Orchard Combat Training Area, however stated that he did not know it was a restricted area. LAIRD was identified by Idaho Driver's License with matching photo.

The "range" area where the aluminum can be found is fully signed "US PROPERTY NO TRESPASSING". The Idaho Army National Guard periodically collects the aluminum associated with their training practices and recycles it for profit.

After further investigation, I met with LAIRD on October 28th, 2019 and issued him a violation notice for 18 USC 641, Theft of Government Property < $1,000.

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☒ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on:

11/9/2019                              _Jay A Brown_ /s/
Date (MM/DD/YYYY)                      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____        _____
Date (MM/DD/YYYY)              U.S. Magistrate Judge

Page 1 of 1